**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-7515**

_____

DONALD E. LAWTON,

Plaintiff - Appellant,

versus

DEPUTY FLYNT, Grievance; SERGEANT HALL;
LIEUTENANT CHAPLIN; MAJOR PINSON; KATHY
MCDOUGAL, Grievance; SHERIFF ARTHUR,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (CA-03-734-3)

_____

Submitted: November 4, 2004       Decided: November 10, 2004

_____

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Lawton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald E. Lawton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Lawton v. Flynt, No. CA-03-734-3 (E.D. Va. Sept. 1, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED